# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00747-CV

**Pam Fielding and Bill Fielding, Appellants**

**v.**

**Pedernales Electric Cooperative, Inc., Appellee**

### FROM THE 33RD DISTRICT COURT OF BLANCO COUNTY
### NO. CV08603, THE HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion requesting that the Court render judgment effectuating the parties' settlement agreement and dismiss this appeal. They represent that they have reached a compromise settling all matters in controversy and agreed that (1) appellee, Pedernales Electric Cooperative, Inc., will pay appellants, Pam and Bill Fielding, a $3,314.50 settlement amount and that (2) each party will bear its own attorneys' fees, expenses, and court costs incurred from the appeal. Accordingly, we grant the parties' motion, render judgment effectuating the settlement agreement, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2)(A), 43.2(f); *Texas Quarter Horse Ass'n v. American Legion Dep't of Texas*, 496 S.W.3d 175, 184 n.32 (Tex. App.—Austin 2016, no pet.).

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Dismissed on Joint Motion

Filed:  March 12, 2025